GEORGE GRAMER, as Administrator, etc., Respondent, v. KINGAN PROVISION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

IRVING D. SNYDER, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

FRANK C. KOLB, Appellant, v. THE INSURANCE COMPANY OF STATE OF PENNSYLVANIA, Respondent.— Order affirmed, with costs. All concurred.

WILLIS N. BRITTON, Respondent, v. LOVINIOUS H. LANE, Appellant.— Order modified so as to allow defendant a full bill of costs as a condition of granting the amendment, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. All concurred.

RICHARD S. GILPIN, Respondent, v. COLUMBIA NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

ELIZABETH ESSICK, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

SARAH PELO, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

BUFFALO COLD STORAGE COMPANY, Appellant, v. PETER J. PROZELLER, Respondent.— Judgment and order affirmed, with costs. All concurred.

SIMON MUSHLAINE, Respondent, v. OTIS L. SMITH, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of JOHN WILLETT, an Attorney, Appellant, for the Enforcement of an Attorney's Lien. EDWARD MAURER COMPANY, INC., Respondent.— Order affirmed, with costs. All concurred.

MARIA C. BERRY, Respondent, v. JOHN M. PULVER, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

JOHN C. BERRY, Respondent, v. JOHN M. PULVER, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

SILVANUS J. MACY and Others, Respondents, v. JOHN MARTINDALE and Others, Appellants.— Judgment and order reversed, and new trial granted, with costs to appellants to abide event. Held: 1. The court erred in refusing to charge that the purchase of the two cars of coal of plaintiffs (referring to the two cars delivered) was not in itself a waiver of the contract for Yaughiogheny coal. 2. That the evidence failed to establish that the two cars delivered were in fact substituted in the place of the Yaughiogheny coal or to establish a waiver by the defendants of the delivery thereof. All concurred.

WILLIAM N. GRANT, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.